# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: WCI STEEL, INC., et al.** ) | **CASE NO.  4:05 CV 1866** |
| ) | |
| ) | |
| **SECURED NOTEHOLDERS,** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| Appellant, ) | |
| v. ) | **ORDER** |
| ) | |
| **WCI STEEL, INC., et al.,** ) | |
| ) | |
| Appellees. ) | |

      This matter is before the Court upon Appellant's Motion to Dismiss Appeal (Dkt. #8).  Appellant has informed the Court of the filing of a modified plan of reorganization in the underlying bankruptcy case.  Submission of this modified plan as well as the Court's memorandum opinion and order of September 23, 2005 disposing of related cases 4:05 CV 1368 and 4:05 CV 1388 have rendered issues in the instant appeal substantially moot.  Accordingly, Appellant's Motion to Dismiss Appeal (Dkt. #8) is **GRANTED**.  The above titled appeal is hereby **DISMISSED**.

      **IT IS SO ORDERED.**

                                           /s/ *Peter C. Economus* – 01/31/06
                                           **PETER C. ECONOMUS**
                                           **UNITED STATES DISTRICT JUDGE**